**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7808**

---

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

   versus

JOYCE TORIAN THOMPSON,

           Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville. W. Earl Britt, Senior District Judge. (CR-87-53)

---

Submitted: February 28, 2001     Decided: March 19, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Joyce Torian Thompson, Appellant Pro Se. Janice McKenzie Cole, United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joyce Torian Thompson appeals the district court's denial of her motion to correct an illegal sentence, and motion to amend that motion.  Our review of the record and the district court's ruling discloses that this appeal from the district court's order denying her motions is without merit.  <u>United States v. Thompson</u>, No. CR-87-53 (E.D.N.C. filed Oct. 24, 2000; entered Oct. 30, 2000).  Therefore, we affirm the district court's ruling.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2